IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: March 10, 2008



Honorable Margaret Dee McGarity
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re:  Matthew Clair Winters and            )
        Katrina M. Anderson-Winters,          )
                        Debtors,              )   Case No. 07-29038-MDM
                                              )   Chapter 7
_____

ORDER GRANTING THE DEBTOR'S MOTION TO CONVERT
TO A CASE UNDER CHAPTER 13
_____

On January 10, 2008, the debtors filed a motion to convert their Chapter 7 matter to one under Chapter 13.  The debtors' Chapter 7 petition was filed on November 12, 2007, and the matter has not been previously converted.

**WHEREFORE**, the Court hereby **GRANTS** the debtors' motion to convert their Chapter 7 matter to one under Chapter 13.

#####